# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE No. 1:20-cr-00030 |
| | : | |
| | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| EARLIE CORBITT, | : | |
| | : | |
| Defendant. | : | |

# ORDER
May 1, 2020

For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS ORDERED** that defendant Corbitt's motion for release from pretrial detention (*doc. 20*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge